**1:12CV936**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALPINE TERRACE CONDOMINIUM UNIT OWNERS ASSOCIATION, INC. | ) CASE NO. |
| | ) |
| | ) JUDGE |
| Plaintiff | ) |
| | ) MAGISTRATE JUDGE |
| vs. | ) |
| | ) **STIPULATION FOR LEAVE TO MOVE** |
| ALLSTATE INSURANCE COMPANY, et al. | ) **OR PLEAD AND JUDGMENT ENTRY** |
| | ) |
| Defendants | ) |

We, the attorneys for the respective parties hereto, do hereby stipulate that Defendants Allstate Insurance Company, Allstate Property and Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company may have an additional fourteen (14) days within which to answer or otherwise respond to Plaintiff's Complaint on or before December 20, 2012, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

Defendants Allstate Insurance Company, Allstate Property and Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company have previously been granted -0- leaves to plead for a total of -0- days.

APPROVED:

(per Email consent 11/30/12)
John C. Scott (0029518)
Joseph T. Mordino (0065001)
FAULKNER & TEPE, LLP
1 West Fourth Street, Suite 2050
Cincinnati, Ohio 45202
(513) 421-7500
Fax (513) 421-7502
jscott@faulkner-tepe.com
jmordino@falkner-tepe.com

Attorneys for Plaintiff Alpine Terrace Condominium Unit Owners Association, Inc.

Richard D. Sweebe (0021918)
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
(216) 583-7000
Fax (216) 583-7001
rsweebe@ulmer.com

and

David L. Eidelberg (0040530)
ULMER & BERNE LLP
88 East Broad Street, Suite 1600
Columbus, Ohio 43215
(614) 229-0000
Fax (614) 229-0001
deidelberg@ulmer.com

Attorneys for Defendants Allstate Insurance Company, Allstate Property and Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company

IT IS SO ORDERED.

_____
JUDGE

CERTIFICATE OF SERVICE

A copy of the foregoing Stipulation for Leave to Move or Plead and Judgment Entry was served this 6th day of December, 2012, by first class U.S. mail, upon the following:

> John C. Scott, Esq.
> Joseph T. Mordino, Esq.
> Faulkner & Tepe, LLP
> 1 West Fourth Street, Suite 2050
> Cincinnati, Ohio 45202
> Attorneys for Plaintiff

_____
Richard D. Sweebe  (0021918)
Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
(216) 583-7000
Fax (216) 583-7001
rsweebe@ulmer.com

and

David L. Eidelberg  (0040530)
Ulmer & Berne LLP
88 East Broad Street, Suite 1600
Columbus, Ohio 43215-3581
(614) 229-0000
Fax (614) 229-0001
deidelberg@ulmer.com

Attorneys for Defendants Allstate Insurance Company, Allstate Property and Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company

COL1997 238272v1
06865.01318